## 60203. ST. REGIS PAPER COMPANY v. BROWN et al.

SHULMAN, Presiding Judge.

This court having entered on September 10, 1980, a judgment in the above-styled case, 155 Ga. App. 679 (272 SE2d 544), affirming the judgment of the trial court; and the judgment of this court having been reversed on certiorari by the Supreme Court in *St. Regis Paper Co. v. Brown,* 247 Ga. 361 (276 SE2d 24) the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Quillian, C. J., and Carley, J., concur.*

DECIDED APRIL 29, 1981.

*Albert W. Stubbs, Jesse G. Bowles III,* for appellant.
*Donald D. Rentz, Robert M. Margeson III, Edward Wohlwender, Jr.,* for appellees.